IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Jerry Stevenson, | ) | C/A No.: 0:12-1993-TLW-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| | ) | |
| Clinton Family Ford of Rock Hill Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This action was removed from state court by Defendant on July 17, 2012. [Entry #1]. Pursuant to the amended scheduling order entered on December 3, 2012, discovery was to be completed (not just requested) by January 14, 2013, with dispositive motions, if any, to be filed by no later than January 28, 2013. [Entry #18]. These deadlines have now expired.

Because the discovery deadlines in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

Shiva V. Hodges

February 12, 2013                    Shiva V. Hodges
Columbia, South Carolina             United States Magistrate Judge